No. 84–2023.  INDEPENDENT BANKERS ASSOCIATION OF NEW YORK STATE, INC., ET AL. *v.* MARINE MIDLAND BANK, N. A., ET AL.  C. A. 2d Cir.;

No. 85–98.  ANSCHUETZ & CO., GMBH *v.* MISSISSIPPI RIVER BRIDGE AUTHORITY ET AL.  C. A. 5th Cir.;

No. 85–99.  MESSERSCHMITT BOLKOW BLOHM, GMBH *v.* WALKER ET AL.  C. A. 5th Cir.; and

No. 85–182.  NORTHWEST CENTRAL PIPELINE CORP. ET AL. *v.* CORPORATION COMMISSION OF KANSAS ET AL.  Appeal from Sup. Ct. Kan.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 84–6263.  BATSON *v.* KENTUCKY.  Sup. Ct. Ky.  [Certiorari granted, 471 U. S. 1052.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–6807.  LEE *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  [Certiorari granted, 473 U. S. 904.]  Motion for appointment of counsel granted, and it is ordered that Randy E. Blue, Esquire, of Mount Vernon, Ill., be appointed to serve as counsel for petitioner in this case.

No. 84–6811.  MCCLESKEY *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  C. A. 11th Cir.  Motions of International Human Rights Law Group, Congressional Black Caucus, and Dr. Peter Sperlich et al. for leave to file briefs as *amici curiae* granted.

No. 84–6825.  PFEIL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PFEIL *v.* ROGERS, FORMER DISTRICT ATTORNEY OF RUSK COUNTY, ET AL.  C. A. 7th Cir.; and

No. 84–6838.  BARRETT *v.* UNITED STATES CUSTOMS SERVICE ET AL.  C. A. 5th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until October 28, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.